ORDER:
Motion granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**CATHERINE EVANS HARVILL**                                **PLAINTIFF**

VS.                         **CASE NO. 3:12-CV-00807**

**F. EVANS HARVILL and
REGIONS BANK**                                              **DEFENDANTS**

### MOTION TO APPEAR PRO HAC VICE

     Comes now the undersigned counsel, Keith L. Grayson, and for his Motion to Appear Pro Hac Vice, states:

     1.     My name is Keith L. Grayson and I have been admitted to practice law in the State of Arkansas since 1991. I am licensed to practice law in all state courts in Arkansas and the United States District Court for the Eastern and Western Districts of Arkansas.

     2.     I have been admitted to practice in the United States District Court for the Eastern District of Arkansas since May 9, 1991 and have remained in good standing as a member of the bar of that court since then. A Certificate of Good Standing from the United States District Court for the Eastern District of Arkansas is attached hereto as Exhibit "1" and incorporated by reference word for word.

     3.     I have mailed a check in the amount of $75.00 to the United States District Court for the Middle District of Tennessee, Nashville Division pursuant to this Court's order of August 6, 2012 and LR 83.01(d).

     4.     In addition, Plaintiff has retained Helen Sfikas Rogers, who is admitted to practice in this Court, as local counsel.

     WHEREFORE, Plaintiff prays that the Court grant the Motion to Appeal Pro Hac Vice of Keith L. Grayson and for all other just and proper relief.