# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| CATHERINE EVANS HARVILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. 3:12-00807 |
| vs. ) | JUDGE NIXON/KNOWLES |
| ) | |
| F. EVANS HARVILL and ) | |
| REGIONS BANK, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court upon Plaintiff's "Motion to Compel F. Evans Harvill to Produce Tax Returns and State Planning Documents Requested in Discovery." Docket No. 103.

The Court has entered an Order granting Mr. Harvill's previously-filed Motion to Stay Discovery. Docket No. 115. Therefore, the instant Motion (Docket No. 103) is DENIED AS MOOT.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge